NUMBER 13-04-176-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

BADGER MINING CORPORATION,                                      Appellant,

v.

ARTURO AYALA, ET AL.,                                                  Appellees.
___________________________________________________________________

On appeal from the 404th District Court 
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, BADGER MINING CORPORATION, perfected an appeal from a
judgment entered by the 404th District Court of Cameron County, Texas, in cause
number 2004-01-167-G. After the record and appellant’s brief were filed, the parties
filed a joint motion to reverse and remand. In the motion, the parties state that they
have reached a settlement agreement in this matter. The parties request that: (1) the
default judgments of the trial court against appellant Badger Mining Corporation be
reversed and the orders granting the default judgments be vacated and set aside, and
(2) the case be remanded to the trial court for a new trial on all issues in accordance
with the parties’ agreement. The parties further request that the Court’s mandate
issue immediately, ordering that the trial court observe the judgment of this Court
reversing the default judgments in their entirety.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties’ settlement
agreement.  
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed
this the 16th day of September, 2004.